No. 67392.—Barnett Customs Brokers, Inc., a/c Ruggles China & Gift House, Inc. *v.* United States, protests 62/1176 and 62/1219 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of so-called Marion vases, which are table and kitchen articles and utensils, having as their component material glass, pressed and unpolished, the claim of the plaintiff was sustained.